# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**UNITED STATES OF AMERICA,** :
:
v. :
: Case No. 5:10-CR-24 (HL)
**MARSHALL H. FOSKEY,** :
:
Defendant. :
_____ :

## ORDER

As stated by the Court during the hearing held on June 14, 2010, the following motions are denied:

| | | |
|---|---|---|
| Doc. 5 | | Notice of Receipt of Interstate Agreement on Detainer and Demand for Trial |
| Doc. 6 | | Motion Requesting Final Disposition of Charges, Demand for Trial, and Requesting Appointment of Counsel |
| Doc. 9 | | Motion - Demand for Trial |
| Doc. 26 | | Motion for <u>Faretta</u> Hearing |
| Doc. 27 | | Motion to Produce |
| Doc. 28 | | Motion Amending Special Demurrer |
| Doc. 29 | | Motion - Objection to Being Denied His Legal Material and Adequate Law Library Access by the U.S. Marshal's Office |
| Doc. 30 | | Motion to Dismiss Court Appointed Attorney |
| Doc. 32 | | Motion for Bill of Particulars |
| Doc. 33 | | Motion for Leave to File Additional Motions and Amend Any and All Motions as Needed in the Future |

| | |
|---|---|
| Doc. 34 | Motion for Discovery |
| Doc. 35 | Motion in Limine/Motion to Suppress |
| Doc. 36 | Motion to Suppress |
| Doc. 37 | Motion Objecting to the Use of Defendant's Invalid and Unconstitutional Prior Convictions to Prosecute Him as a Felon in Possession of a Firearm and Sentence Him as an Armed Career Criminal |
| Doc. 40 | Motion to Dismiss Counsel's Motion to Suppress |
| Doc. 41 | Motion Amending Motion to Suppress |

Christina L. Hunt will continue to serve as counsel for Defendant. Defendant is advised that the Court will not entertain another motion to dismiss counsel unless Defendant can show counsel has violated her professional responsibilities. Further, should Defendant file any other pro-se motions in this case, they will be dismissed without discussion by the Court.

If counsel finds any of the above-listed motions to be meritorious, she shall have until June 24, 2010 to re-file the motion(s).

A hearing will be held on the Motion to Suppress (Doc. 31) on June 23, 2010 at 1:30 p.m.

**SO ORDERED**, this the 15th day of June, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh