IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | |
| MARSHALL H. FOSKEY, ) | 5:10-CR-24 (MTT) |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

This matter is before the Court on the Defendant Marshall H. Foskey's Pro Se Motion for Reconsideration of Court's Denial of Defendant's Right to Represent Himself (Doc. 70) (the "Motion"). In its previous Order (Doc. 72), this Court denied Foskey's request to represent himself because he had not made an unequivocal assertion of his right to self-representation. However, at the July 26, 2010 hearing on the current Motion, Foskey asserted his right to self-representation without condition. Having again examined him at length, the Court finds that Foskey has clearly and unequivocally asserted his right to represent himself and that he has made this assertion knowingly and intelligently. *See Faretta v. California*, 422 U.S. 806, 835 (1975). Accordingly, Foskey is entitled to represent himself and his Motion (Doc. 70) is granted. Reza Sedghi shall remain of record, but shall serve only as standby counsel.

**SO ORDERED**, this the 28th day of July, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch